**UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 3**

| | |
|---|---|
| **Arrow Forest International Co., Ltd,** ) ) ) )<br>**Plaintiff,** )<br> )<br>**v.** )<br> )<br>**UNITED STATES,** )<br> )<br>**Defendant.** )<br> )<br> ) | **SUMMONS**<br><br>Court No. 23-00175 |

To: The Attorney General, the Department of Commerce, and/or the Commissioner of U.S.
    Customs and Border Protection, and/or the United States International Trade Commission:

    **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28
U.S.C. § 1581(c) to contest the determination described below.

**/s/ Mario Toscano**
Clerk of the Court

1. Plaintiff Arrow Forest International Co., Ltd is an exporter of the subject merchandise.
   Plaintiff fully participated as an interested party within the meaning of 19 U.S.C. §§
   1516a(f)(3) and 1677(9)(A) in the Scope and Circumvention proceeding before the U.S.
   Department of Commerce that resulted in the contested determination. Plaintiff has standing
   to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

(Name and standing of plaintiff)

2. Certain Hardwood Plywood Products From the People's Republic of China: Final Scope
   Determination and Affirmative Final Determination of Circumvention of the Antidumping
   and Countervailing Duty Orders; 88 Fed. Reg. 46740 (July 20, 2023)

(Brief description of contested determination)

3. The Final Determination Issues and Decision Memorandum is dated July 14, 2023, though
   interested parties first received the decision via email on July 17, 2023.

(Date of determination)

4.  July 20, 2023.

_____

(If appliable, date of publication in Federal Register of notice of contested determination)


                                        /s/ *Gregory S. Menegaz*
                                        _____
                                        Gregory S. Menegaz
                                        J. Kevin Horgan
                                        Alexandra H. Salzman
                                        Vivien Jinghui Wang*
                                        **DEKIEFFER & HORGAN, PLLC**
                                        Suite 1101
                                        1156 Fifteenth St., N.W.
                                        Washington, D.C. 20005
                                        *Counsel for Plaintiff*

                                        *Admitted to New Mexico Bar; practice limited to
                                        Federal International Trade Matters pursuant to D.C.
                                        Bar Rule 49(c)(2).

August 16, 2023

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is
commenced to contest a determination listed in section 516A(a)(2)
or (3) of the Tariff Act of 1930, the action is commenced by filing
a summons only, and the clerk of the court is required to make
service of the summons. For that purpose, list below the complete
name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28,
2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017;
Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney in Charge
International Trade Field Office
Department of Justice,
Civil Division Room 346, Third Floor
26 Federal Plaza New York, NY 10278

Supervising Attorney
Civil Division
Commercial Litigation Branch
U.S. Department of Justice
Room 12124
1100 L Street, NW
Washington, DC 20530

General Counsel
United States Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230